# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Jusamuel Rodriguez McCreary, | ) | JUDGMENT IN CASE |
| | ) | |
| Peitioner(s), | ) | 3:12-cv-00742-RJC |
| | ) | 3:06cr190 |
| vs. | ) | |
| | ) | |
| USA, | ) | |
| Respondent(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 7, 2013 Order.

March 7, 2013

*signature*

Frank G. Johns, Clerk
United States District Court